UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEFANO MARKELL PARKER | * | CIVIL ACTION |
| VERSUS | * | NO. 24-602 |
| FACEBOOK, ET AL. | * | SECTION "H" (2) |

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Stefano Markell Parker's 18 U.S.C. § 2333 claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 28th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE